IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COUNTRY LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08 C 383 |
| | ) | Judge Andersen |
| BARBARA F. PIERCE, | ) ) | Magistrate Judge Ashman |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO DISMISS

Now comes the defendant, BARBRA F. PIERCE, by her attorneys, MARK D. DE BOFSKY DALEY, DE BOFSKY & BRYANT, and hereby move to dismiss plaintiff's complaint pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6) on the ground that Plaintiff's claims are preempted by the ERISA statute, 29 U.S.C. § 1001 *et seq.* In support thereof, Defendant attaches a concise memorandum of law.

WHEREFORE, Defendant prays that this matter be dismissed with prejudice and with costs.

Respectfully Submitted,

s/ Mark D. DeBofsky
Mark D. DeBofsky
Attorney for Defendant
Barbra F. Pierce
mdebofsky@ddbchicago.com

Mark D. DeBofsky
Daley, DeBofsky & Bryant
55 W. Monroe St., Suite 2440
Chicago, Illinois 60602
(312) 372-5200/(312) 372-2778 (fax)

**CERTIFICATE OF SERVICE**

TO:    Keith G. Carlson
           Carlson Law Offices
           218 N. Jefferson, Ste. 101
           Chicago, Illinois 60661

       The undersigned attorney hereby certifies that on January 28, 2008, he electronically filed the foregoing MOTION TO DISMISS with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to Keith G. Carlson, the above named attorney, and that I hereby certify that I have mailed via the United States Postal Service the document to the following non-CMF/ECF participants: N/A.

                                                                                 s/ Mark D. DeBofsky
DALEY, DE BOFSKY & BRYANT         Mark D. DeBofsky
55 W Monroe St Ste 2440                Attorney for Defendant
Chicago, Illinois 60603                  Barbra F. Pierce
(312) 372-5200
FAX (312) 372-2778