IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COUNTRY LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 08 C 383 <br> Judge Andersen <br> Magistrate Judge Ashman |
| BARBARA F. PIERCE, | ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, the 7th of February, 2008, at 9:00 a.m., I shall appear before Judge Andersen or any Judge sitting in his stead, in the courtroom usually occupied by him, and present the attached MOTION TO DISMISS, copies of which are attached and herewith served upon you.

Dated: Chicago, Illinois
       January 28, 2008

s/ Mark D. DeBofsky
Mark D. DeBofsky
Attorney for Defendant
Barbra F. Pierce

**CERTIFICATE OF SERVICE**

TO:    Keith G. Carlson
         Carlson Law Offices
         218 N. Jefferson, Ste. 101
         Chicago, Illinois 60661

The undersigned attorney hereby certifies that on January 28, 2008, he electronically filed the foregoing NOTICE OF MOTION with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to Keith G. Carlson, the above named attorney, and that I hereby certify that I have mailed via the United States Postal Service the document to the following non-CMF/ECF participants: N/A.

                                   s/ Mark D. DeBofsky
DALEY, DE BOFSKY & BRYANT    Mark D. DeBofsky
55 W Monroe St Ste 2440               Attorney for Defendant
Chicago, Illinois 60603                Barbra F. Pierce
(312) 372-5200
FAX (312) 372-2778