IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COUNTRY LIFE INSURANCE COMPANY, </br></br>    Plaintiff, </br></br> v. </br></br> BARBRA F. PIERCE, </br></br>    Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> )  No. 08 C 383 </br> )  Judge Andersen </br> )  Magistrate Judge Ashman </br> ) </br> ) |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, the 3rd of April, 2008, at 9:00 a.m., I shall appear before Judge Andersen or any Judge sitting in his stead, in the courtroom usually occupied by him, and present the attached DEFENDANT BARBRA PIERCE'S MOTION TO AMEND DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS, copies of which are attached and herewith served upon you.

Dated: Chicago, Illinois
       March 28, 2008

s/ Mark D. DeBofsky
Mark D. DeBofsky
Attorney for Defendant
Barbra F. Pierce

### CERTIFICATE OF SERVICE

TO:   Keith G. Carlson
      Carlson Law Offices
      218 N. Jefferson, Ste. 101
      Chicago, Illinois 60661

The undersigned attorney hereby certifies that on March 28, 2008, he electronically filed the foregoing NOTICE OF MOTION with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to Keith G. Carlson, the above named attorney, and that I hereby certify that I have mailed via the United States Postal Service the document to the following non-CMF/ECF participants: N/A.

DALEY, DE BOFSKY & BRYANT
55 W Monroe St Ste 2440
Chicago, Illinois 60603
(312) 372-5200
FAX (312) 372-2778

s/ Mark D. DeBofsky
Mark D. DeBofsky
Attorney for Defendant
Barbra F. Pierce