## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Country Life Insurance Company

                                      Plaintiff,

v.                                                                   Case No.: 1:08−cv−00383
                                                                         Honorable Wayne R. Andersen

Barbara F. Pierce

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:Defendant's motion to dismiss [5] is granted. Plaintiff is given leave to file an amended complaint by September 26, 2008. Settlement conference set for September 19, 2008 at 10:00 a.m.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.